**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR44** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NICHOLAS ABDO,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [27]. Counsel needs additional time to prepare for trial as well as to explore plea negotiations.  The defendant has complied with NECrimR 12.1(a).  For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [27] is granted, as follows:

1.  The jury trial now set for May 22, 2017 is continued to **July 24, 2017.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 24, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 12, 2017.**

      **BY THE COURT:**


      **s/ Susan M. Bazis**
      **United States Magistrate Judge**